# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT,<br><br>  Plaintiff,<br><br>  v.<br><br>R.G. ALVARADO, et al.,<br><br>  Defendants. | CASE NO. CV 05-5498-VAP (JCR)<br><br>ORDER ADOPTING AMENDED FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all the records and files herein, along with the attached Amended Final Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Amended Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

  IT IS ORDERED that Judgment be entered granting Defendants' Motion to Dismiss, without leave to amend, as to the following claims:

    (a) Plaintiff's due process claims against Defendants Hackett and Rouston in their official capacities;

    (b) Plaintiff's due process claims against Defendants Brown and Middleton based upon their falsifying reports used at the November 17, 2003, disciplinary hearing;

(c) Plaintiff's due process claims against Defendants Foote, Hackett, and Brochu based upon their filing false disciplinary reports;

(d) Plaintiff's due process claim against Defendant Bradford based on her failure to obtain evidence for the November 17, 2003, hearing;

(e) Plaintiff's due process claims against Defendants Rouston, Brown, and Middleton based upon the 53-day delay in providing Plaintiff a copy of the decision from the November 17, 2003, hearing;

(f) Plaintiff's due process claim against Defendant Rouston based upon his failure to provide timely notice of Plaintiff's misconduct; and,

(g) Plaintiff's due process claims against Defendants Foote and Brochu based upon Plaintiff's placement in Administrative Segregation.

IT IS FURTHER ORDERED that Judgment be entered denying Defendants' Motion to Dismiss as to the following claims:

(a) all Defendants based upon failure to exhaust administrative remedies;

(b) Defendants Brown and Middleton based upon due process claims concerning procedural defects at the November 17, 2003, hearing; and,

(c) all Defendants based upon qualified immunity.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate Judge's Amended Final Report and Recommendation, and the Judgment herein on the parties.

DATED: January 9, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

2