No
JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R.G. ALVARADO, et al.,<br><br>　　　　Defendants. | ) CASE NO. CV 05-5498-VAP (JCR)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motion To Dismiss be granted, without leave to amend, as to the following claims:

　　　　(a) Plaintiff's due process claims against Defendants Hackett and Rouston in their official capacities;

　　　　(b) Plaintiff's due process claims against Defendants Brown and Middleton based upon their falsifying reports used at the November 17, 2003, disciplinary hearing;

　　　　(c) Plaintiff's due process claims against Defendants Foote, Hackett, and Brochu based upon their filing false disciplinary reports;

(d) Plaintiff's due process claim against Defendant Bradford based on her failure to obtain evidence for the November 17, 2003, hearing;

(e) Plaintiff's due process claims against Defendants Rouston, Brown, and Middleton based upon the 53-day delay in providing Plaintiff a copy of the decision from the November 17, 2003, hearing;

(f) Plaintiff's due process claim against Defendant Rouston based upon his failure to provide timely notice of Plaintiff's misconduct; and,

(g) Plaintiff's due process claims against Defendants Foote and Brochu based upon Plaintiff's placement in Administrative Segregation.

IT IS FURTHER ADJUDGED that Defendants' Motion To Dismiss be denied as to the following claims:

(a) all Defendants based upon failure to exhaust administrative remedies;

(b) Defendants Brown and Middleton based upon due process claims concerning procedural defects at the November 17, 2003, hearing; and,

(c) all Defendants based upon qualified immunity.

DATED: January 9, 2008

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE