UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT,<br><br>        Plaintiff,<br><br>    v.<br><br>J. HACKETT, et al.,<br><br>        Defendants. | Case No. CV 05-5498 VAP(JC)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records and files in this case, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that: (1) the Amended Motion for Summary Judgment filed by defendants H. Brown and J. Middleton is granted to the extent it

seeks summary judgment in such defendants' favor on plaintiff's sole remaining federal claim – that such defendants deprived plaintiff of due process in connection with a November 17, 2003 disciplinary hearing; (2) plaintiff's state law claims are dismissed as to all remaining defendants – J. Hackett, Associate Warden Rouston, K. Bradford, R. Brochu, H. Brown, J. Middleton, and D.E. Foote, without prejudice to refiling in the Superior Court of the state of California.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order by United States mail on plaintiff and on defendants' counsel.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

DATED: December 21, 2009

*Virginia A. Phillips*

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE