UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WYATT,<br><br>    Plaintiff,<br><br>v.<br><br>J. HACKETT, et al.,<br><br>    Defendants. | Case No. CV 05-5498 VAP(JC)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that: (1) summary judgment is granted in favor of defendants H. Brown and J. Middleton on plaintiff's sole remaining federal claim – that such defendants deprived plaintiff of due process in connection with a November 17, 2003 disciplinary hearing; (2) plaintiff's state law claims are dismissed as to all remaining defendants – J. Hackett, Associate Warden Rouston, K. Bradford, R. Brochu, H. Brown, J. Middleton, and D.E. Foote, without prejudice to refiling in the Superior Court of the state of California

IT IS SO ORDERED AND ADJUDGED.

DATED: December 21, 2009

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE